No. 14,495.

CAMPBELL *v.* THE PEOPLE.
(90 P. [2d] 1119)

Decided May 1, 1939.

Judgment affirmed en banc on application for supersedeas without written opinion.

MR. JUSTICE FRANCIS E. BOUCK not participating.

Mr. H. M. HOWARD, for plaintiff in error.

Mr. W. W. PLATT, for Davlin.

Mr. L. BERNARD DAVIS, Mr. SYRIL SHRAIBERG, amici curiae.